IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBUR PITTMAN,

      Petitioner,                        No. CIV S-08-2801 EFB P

      vs.

ATTORNEY GENERAL, SAN DIEGO,                 <u>ORDER</u>

      Respondent.

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. However, petitioner has commenced this action in the wrong district.

      It appears that petitioner was convicted in the San Diego County Superior Court and is confined at the California Rehabilitation Center in Riverside County. Although the United States District Court in the district where petitioner is confined and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

////

1  Therefore, the court takes no action on petitioner's application to proceed *in forma*
2  *pauperis,* and transfers this action to the United States District Court for the Southern District of
3  California.  28 U.S.C. §§ 84(d), 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir.
4  1974).
5  Accordingly, it is ORDERED that this action is transferred to the Southern District of
6  California.
7  Dated:  December 23, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE